UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>Petitioner,<br><br>vs.<br><br>VINCENT CULLEN, Acting Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:10-CV-01429-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Following Phase I Case Management Conference |

This matter came on for a Case Management Conference ("CMC") October 12, 2010, at 2:30 p.m. before the Honorable Anthony W. Ishii. Petitioner John Michael Beames ("Beames") was represented by Assistant Federal Defender Allison Claire and Timothy Brosnan, Esq. Respondent Vincent Cullen ("the Warden") was represented by Deputy Attorney General Robert Gezi. All counsel appeared telephonically.

In the September 10, 2010 order appointing counsel and initiating case management procedures, counsel for both parties were directed to familiarize themselves with the Guide to Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno Division (the "Fresno Attorney Guide"), complete a Confidential Case Evaluation Form (Appendix B to

the Fresno Attorney Guide), and be prepared at the CMC to discuss the status of the record assembly by Beames' counsel, the statute of limitations, the status of the Warden's assembly of the state record for lodging with the Court, and the scheduling of a second case management conference.

Based on the filings of the parties and the discussion at the CMC, the following schedule is established:

1. The statute of limitations in this case expires on the one-year anniversary of the denial of Beames' state habeas petition, July 28, 2011. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001);

2. The Warden shall lodge the state record with the Court by January 10, 2011;

3. Beames' counsel do not believe they will need to move the Court for an order equitably tolling the statute of limitations;

4. Beames' federal petition shall be filed on or before July 28, 2011;

5. Any second state habeas petition to bring unexhausted claims before the California Supreme Court shall be filed before July 28, 2011.

Following the filing of Beames' federal petition, a second CMC will be set to discuss the next litigation in this case.

IT IS SO ORDERED.

DATED:   October 12, 2010

                                        /s/ Anthony W. Ishii
                                        Chief United States District Judge