DANIEL J. BRODERICK, Bar #89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Public Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Email: allison_claire@fd.org

TIMOTHY JOSEPH BROSNAN, Bar #75938
1116 Guerrero Street
San Francisco , CA 94110
(415) 285-5417
Email: brosnant@pacbell.net

Attorneys for Petitioner,
JOHN MICHAEL BEAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES, | No. 1:10-CV-1429 AWI |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | |
| WARDEN of the California State Prison at San Quentin, | **AMENDED SCHEDULING ORDER REGARDING BRIEFING OF EXHAUSTION ISSUES** |
| Respondent. | |

The scheduling order filed October 4, 2011 (Document 41) is hereby amended as follows:

1. The parties shall brief the exhaustion status of Claim 11 as previously ordered – Respondent shall file his opening brief on or before October 31, 2011; Petitioner shall file his responsive brief on or before November 14, 2011; and Respondent shall file a reply brief on or before November 21, 2011;

2. Within 30 days of the submission of the Claim 11 exhaustion briefs, the parties shall meet and confer and shall submit a joint statement setting forth the positions of the parties regarding the exhaustion status of all other claims. If the parties disagree about the exhaustion status of any claims, the joint statement shall include a proposed schedule for briefing of the

dispute;

    3. Petitioner shall file an Opening Brief on the merits of Claim 11, including points and authorities in support of the Claim and discussion of 28 U.S.C. § 2254(d), ninety (90) days after the Court's ruling on the exhaustion status of all claims;

Respondent shall file his Answering Brief on the merits of Claim 11, including points and authorities in support of the Answer and discussion of 28 U.S.C. § 2254(d), sixty (60) days thereafter; and

Petitioner shall file a Reply thirty (30) days thereafter;

    4. A status conference shall be scheduled upon conclusion of the briefing ordered above, to discuss further proceedings regarding Claim 11.

IT IS SO ORDERED.

DATED:     October 11, 2011

                                                    /s/ Anthony W. Ishii
                                            Chief United States District Judge