DANIEL J. BRODERICK, Bar #89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Public Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Email: allison_claire@fd.org

TIMOTHY JOSEPH BROSNAN, Bar #75938
1116 Guerrero Street
San Francisco , CA 94110
(415) 285-5417
Email: brosnant@pacbell.net

Attorneys for Petitioner,
JOHN MICHAEL BEAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL MARTEL, Acting Warden of ) <br> San Quentin State Prison, ) <br> ) <br> Respondent. ) | No. 1:10-CV-1429 AWI <br><br> **DEATH PENALTY CASE** <br><br> **SCHEDULING ORDER REGARDING BRIEFING ON EXHAUSTION STATUS** |

Pursuant to the agreement of the parties, and for good cause shown, it is hereby ordered as follows:

Respondent Michael Martel ("the Warden") shall file his brief on the exhaustion status of claims other than Claim 11 on or before March 1, 2012;

Petitioner John Michael Beames ("Beames") shall file his brief on the exhaustion status of claims other than Claim 11 on or before April 1, 2012;

The Warden shall file a closing brief on or before May 1, 2012. The matter will then stand submitted for a ruling on exhaustion.

The Warden's request to file a motion to dismiss following the Court's ruling on the exhaustion status of the remaining claims in Beames' federal petition is denied. Beames shall notify the Court of his intention regarding the unexhausted claims (i.e., whether to seek stay and abeyance, withdraw the unexhausted claims, etc.) within thirty (30) days of the order on exhaustion.

The previously-ordered ninety (90) day deadline for Beames' Opening Brief on the merits of Claim 11 and responsive briefing on that claim only, *see* Document 43, shall be delayed until the sought action regarding the unexhausted claims is resolved.

IT IS SO ORDERED.

DATED:     December 21, 2011

    /s/ Anthony W. Ishii
Chief United States District Judge