DANIEL J. BRODERICK, Bar #89424
Federal Defender
HARRY SIMON, Bar #133112
Assistant Federal Public Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Email: harry_simon@fd.org

TIMOTHY JOSEPH BROSNAN, Bar #75938
P.O. Box 2294
Mill Valley, CA 94941
Telephone: (415) 962-7967
Email: brosnant@pacbell.net

Attorneys for Petitioner,
JOHN MICHAEL BEAMES

FILED
MAR - 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>  Petitioner,<br><br>  vs.<br><br>WARDEN of the California State Prison at San Quentin,<br><br>  Respondent. | No. 1:10-CV-1429 AWI<br><br>**DEATH PENALTY CASE**<br><br>[PROPOSED] **ORDER EXTENDING SCHEDULE FOR BRIEFING CLAIM 11 REPLY** |

For good cause shown, petitioner's unopposed request for extension of time is hereby GRANTED. It is accordingly ordered as follows:

Petitioner's Reply Brief on the merits of Claim 11 shall be filed no later than March 27, 2013.

IT IS SO ORDERED.

Dated: March 6, 2013

HON. ANTHONY W. ISHII
U.S. District Judge

[Proposed] Order Granting EOT Re: Reply        1        *Beames v. Warden*, No. 1:10-CV-1429-AWI