1    HEATHER E. WILLIAMS, State Bar No. 122664
     Federal Defender
2    HARRY SIMON, State Bar No. 133112
     Assistant Federal Defenders
3    801 I Street, 3rd Floor
     Sacramento, California 95814
4    (916) 498-6666; FAX (916) 498-6656

5
     TIMOTHY JOSEPH BROSNAN, Bar #75938
6    P.O. Box 2294
     Mill Valley, CA  94941
7    (415) 962-7967
     Email: brosnant@pacbell.net
8

9    Attorneys for Petitioner,
     JOHN MICHAEL BEAMES
10

11                   **UNITED STATES DISTRICT COURT**

12                   **EASTERN DISTRICT OF CALIFORNIA**

13

14   JOHN MICHAEL BEAMES,              )   No. 1:10-CV-1429 AWI
                                       )
15             Petitioner,            )   **DEATH PENALTY CASE**
                                       )
16       vs.                          )   **STIPULATION AND ORDER TO**
                                       )   **CONTINUE SUBMISSION OF JOINT**
17   KEVIN CHAPPELL, Warden of the     )   **STATEMENT REGARDING FURTHER**
     California State Prison at San Quentin,  )  **PROCEEDINGS**
18                                     )
                                       )
19             Respondent.            )
                                       )
20   _____ )

21         On October 22, 2013, this Court issued an order finding that Claim 11 of the Petition

22   satisfies the requirements of 28 U.S.C. § 2254(d) and granting an evidentiary hearing on that

23   claim.  As part of that order, the Court directed the parties to:

24
             . . . meet and confer and thereafter file a joint statement within 60 days of the date of this
25           order, setting forth their respective preparations for the hearing, including witnesses to be
             called, documentary evidence to be introduced, pre-hearing discovery to be conducted,
26           several proposed dates for the evidentiary hearing, and a realistic, efficient time estimate.

27

28   Doc. 70 at 28.

The parties have conferred regarding this matter and require additional time before they will be able to submit a joint statement of the kind required by the Court's order.  Accordingly, the parties stipulate that the time for submission of the joint statement required by the Order of October 22, 2013 be extended from December 23, 2013 to February 21, 2014.

Respectfully Submitted,

Heather Williams,
Federal Defender
Harry Simon
Assistant Federal Defender

Dated: December 16, 2013                    By:/s/Harry Simon
                                                          Harry Simon
                                                          Assistant Federal Defender


Dated: December 16, 2013                    By:/s/Timothy Brosnan
                                                          Timothy Brosnan
                                                          Attorneys for Petitioner,
                                                          Bob Russell Williams, Jr.

KAMALA D. HARRIS
Attorney General of California
SEAN M. MCCOY
Deputy Attorney General

Dated: December 16, 2013                    By:/s/Robert Gezi
                                                          Robert Gezi
                                                          Deputy Attorney General
                                                          Attorneys for Respondent,
                                                          Warden Kenneth Chappell

IT IS SO ORDERED.

Dated: December 16, 2013                      /s/ Anthony W. Ishii
                                                          THE HONORABLE ANTHONY ISHII,
                                                          Judge, United States District Court