UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>    Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | No. 1:10-CV-1429 AWI  SAB<br><br>**DEATH PENALTY CASE**<br><br>**ORDER  GRANTING REQUEST TO FILE UNDER SEAL REQUEST TO AMEND PHASE III BUDGET** |

Good cause appearing, petitioner's request to file under seal the ten pages of case budget materials is granted.  The Clerk shall file these materials under seal and not allow access to them by anyone except the Court, its staff, and petitioner's counsel, Assistant Federal Defender Harry Simon and CJA private appointed counsel Tim Brosnan.

IT IS SO ORDERED.

Dated:  **May 30, 2014**

_____
UNITED STATES MAGISTRATE JUDGE