UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>  Petitioner,<br><br>  vs.<br><br>KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,<br><br>  Respondent. | No. 1:10-CV-1429 AWI SAB<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

Good cause appearing, petitioner's request to file under seal the seven pages of case budget materials is granted. The Clerk shall file these materials under seal and not allow access to them by anyone except the Court, its staff, and petitioner's counsel, Assistant Federal Defender Harry Simon, Assistant Federal Defender, Matthew M. Scoble and CJA private appointed counsel Tim Brosnan.

IT IS SO ORDERED.

Dated:  **August 6, 2014**

UNITED STATES MAGISTRATE JUDGE

1