# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:10-cv-01429-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER VACATING SCHEDULED DATES ECF. NOS. 81 & 108<br><br>ORDER SETTING STATUS CONFERENCE<br>Date: January 28, 2015<br>Time: 11:00 a.m.<br>Courtroom: 9<br>Judge: Stanley A. Boone |

    On March 4, 2014, the Court issued an order setting a pre-evidentiary hearing schedule.

    Before the Court is the parties' stipulation to modify and vacate scheduled dates. (ECF No. 108.)

    For good cause shown and in the interest of judicial economy, it is HEREBY ORDERED that:

    1.    All dates in the March 4, 2014 pre-evidentiary hearing scheduling order (ECF No. 81.) are vacated and will be rescheduled following the Court's ruling on Respondent's pending motion to dismiss the federal habeas corpus petition.

    2.    This matter is set for status conference on January 28, 2015 at 11:00 a.m. in

1

1 | Courtroom 9 before the undersigned.

IT IS SO ORDERED.

Dated: **December 11, 2014**

_____
UNITED STATES MAGISTRATE JUDGE