# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | Case No.  1:10-cv-01429-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER CONTINUING STATUS CONFERENCE HEARING<br><br>Continued Hearing:<br> Date: April 1, 2015<br> Time: 10:30 a.m.<br> Courtroom: 9<br> Judge: Stanley A. Boone |

On December 11, 2014, the Court issued an order setting a status conference hearing on January 28, 2015 at 11:00 a.m. in Department 9.  (ECF No. 109.)

The parties' joint status report filed January 14, 2015, (ECF No. 110), states their agreement to continue the status conference hearing.

For good cause shown, it is HEREBY ORDERED that:

1. The status conference hearing currently set for January 28, 2015 is CONTINUED TO April 1, 2015 at 10:30 a.m. in Department 9 before the undersigned.  The parties need not appear for hearing on January 28, 2015, and

2. The parties are welcome to appear at the April 1, 2015 status conference by

1

teleconference. The attorneys are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code.

IT IS SO ORDERED.

Dated: **January 15, 2015**

UNITED STATES MAGISTRATE JUDGE