# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:10-cv-01429-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER UPON STIPUATION FOR EXPERT DISCOVERY<br><br>(ECF No. 129) |

　　　Before the Court is the parties' August 28, 2015 stipulation and proposed order for expert discovery.

　　　Petitioner's federal petition was filed on July 27, 2011. On August 2, 2011, the Court found that claim 11 (ineffective assistance regarding forensic evidence of cause of death) stated a colorable claim. An evidentiary hearing on claim 11 is set for February 1, 2016. The parties were ordered to make expert witness disclosures by not later than August 21, 2015, with related motions to be filed by not later than ten (10) days following such disclosures.

　　　The parties filed their respective expert witness designations/disclosures on August 21, 2015. Petitioner provided expert reports from Drs. Janice Ophoven and Robert Bux. Respondent provided an expert report from Dr. Joseph Cohen. The parties' above noted stipulation reflects agreement for deposition of these experts.

Accordingly, it is HEREBY ORDERED that, pursuant to the parties' stipulation (ECF No. 129), Petitioner may depose Dr. Joseph Cohen and Respondent may depose Drs. Janice Ophoven and Robert Bux, on such dates and such times as may be agreed upon by the parties.

IT IS SO ORDERED.

Dated:   **August 31, 2015**

UNITED STATES MAGISTRATE JUDGE