# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>    Petitioner,<br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:10-cv-01429-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER SETTING STATUS CONFERENCE HEARING<br><br>(ECF No. 139)<br><br>Telephonic Hearing:<br> Date: October 23, 2015<br> Time: 3:00 p.m.<br> Courtroom: 9<br> Judge: Stanley A. Boone |

Before the Court is Petitioner's October 19, 2015 request for a status conference to discuss issues relating to his deposition of Respondent's designated expert, Dr. Joseph Cohen, which has been noticed for November 12, 2015.

The Court previously ordered that, pursuant to the parties' stipulation (ECF No. 129), Petitioner may depose Dr. Cohen and Respondent may depose Petitioner's designated experts, Drs. Janice Ophoven and Robert Bux, on such dates and such times as may be agreed upon by the parties. (ECF No. 130.)

For good cause shown, it is hereby ORDERED that a status conference hearing is set for October 23, 2015 at 3:00 p.m. in Department 9 before the undersigned. The parties may appear

1

by teleconference.  The attorneys are directed to contact the Court's Courtroom Deputy Clerk, Ms. Mamie Hernandez, to advise that they will be appearing telephonically and to obtain the teleconference number and pass code.

IT IS SO ORDERED.

Dated:   **October 21, 2015**

UNITED STATES MAGISTRATE JUDGE