1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>            Petitioner,<br><br>     v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>            Respondent. | Case No.  1:10-cv-01429-AWI-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR SEALING ORDER<br><br>(ECF No. 140) |

Before the Court is Petitioner's October 21, 2015 notice of request to (1) file under seal a Notice of Lodgment consisting of two (2) pages, and (2) lodge under seal Exhibit A thereto, a Confidential Clerk's Transcript on Appeal 987 Motion and Orders ("Confidential 987 Transcript") prepared by the Tulare County Superior Court on October 24, 2001 and captioned as a California Supreme Court document in Petitioner's automatic appeal, consisting of two hundred seventy (270) pages.

Petitioner represents that the Confidential 987 Transcript is a confidential state court record, sealed in state proceedings, which should be protected from disclosure in this proceeding. Local Rule 141; see California Penal Code Section 987.9(d).

Petitioner has served Respondent with the above Notice of Lodgment and Confidential 987 Transcript proposed for sealing.

28

1

1    Respondent has not opposed Petitioner's sealing request and the time for doing so has

2  passed. Local Rule 141(c).

3    Accordingly, for good cause shown, it is hereby ORDERED that Petitioner's request for

4  a sealing order (ECF No. 140) is GRANTED as follows:

5    1.    The Clerk of the Court is directed to (1) file under seal the Notice of Lodgment

6        consisting of two (2) pages, and (2) lodge under seal Exhibit A thereto, the

7        Confidential 987 Transcript consisting of two hundred seventy (270) pages,

8    2.    The foregoing documents and the information therein constitute confidential

9        information which shall not be disclosed, in whole or part, to any person other

10       than the Court and Court staff and individually named counsel for the parties for

11       their use solely in connection with litigation of the habeas petition pending before

12       this Court,

13   3.    No publicly filed document shall include the above documents and/or the

14       information therein unless authorized by the Court to be filed under seal, and

15   4.    All provisions of this order shall continue to be binding after the conclusion of

16       this habeas corpus proceeding and specifically shall apply in the event of a retrial

17       of all or any portion of Petitioner's criminal case, except that either party

18       maintains the right to request modification or vacation of this order upon entry of

19       final judgment.

20

21  IT IS SO ORDERED.

22  Dated:   **October 28, 2015**
                                    _____
23                                   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28