# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:10-cv-01429-AWI-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER CORRECTING ERRATUM<br><br>(ECF No. 149) |

The Court's November 3, 2015 order following hearing on Petitioner's motion to exclude Angelita McMains as a witness at evidentiary hearing incorrectly stated that the underlying motion came on for hearing on October 23, 2015. The correct date of the underlying hearing is October 28, 2015.

The November 3, 2015 order (ECF No. 149), corrected as above, continues in full effect.

IT IS SO ORDERED.

Dated: __**November 9, 2015**__  
                                                          UNITED STATES MAGISTRATE JUDGE