# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>        Petitioner,<br><br>  v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:10-cv-01429-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR SEALING ORDER<br><br>(ECF No. 155) |

Before the Court is Petitioner's December 2, 2015 notice of request to file under seal a final list of sealed exhibits. The list totals two (2) pages. Petitioner states that these exhibits are confidential 987 documents previously ordered lodged under seal in this action.

Petitioner has served Respondent with the above notice of request to seal and the final list of sealed exhibits.

Respondent has not opposed Petitioner's sealing request and the time for doing so has passed. Local Rule 141(c).

Accordingly, for good cause shown, it is hereby ORDERED that Petitioner's request for a sealing order (ECF No. 155) is GRANTED as follows:

    1.    The Clerk of the Court is directed to file under seal (1) the final list of sealed exhibits consisting of two (2) pages, and (2) Petitioner's proposed order granting

1

sealing motion consisting of one (1) page,

2. The foregoing documents and the information therein constitute confidential information which shall not be disclosed, in whole or part, to any person other than the Court and Court staff and individually named counsel for the parties for their use solely in connection with litigation of the habeas petition pending before this Court,

3. No publicly filed document shall include the above documents and/or the information therein unless authorized by the Court to be filed under seal, and

4. All provisions of this order shall continue to be binding after the conclusion of this habeas corpus proceeding and specifically shall apply in the event of a retrial of all or any portion of Petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment.

IT IS SO ORDERED.

Dated: **December 10, 2015**

UNITED STATES MAGISTRATE JUDGE