# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>    Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:10-cv-01429-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR SEALING ORDER<br><br>(ECF No. 159) |

Before the Court is Respondent's December 2, 2015 notice of request to lodge under seal exhibits Q, R, S, T, U, V, X and Y.  The exhibits total one hundred nine (109) pages. Respondent states that these documents were obtained from trial counsel's file and are confidential under this Court's September 3, 2015 stipulated Bittaker protective order.

Respondent has served Petitioner with the above notice of request to seal and exhibits Q, R, S, T, U, V, X and Y proposed for sealing.

Petitioner has not opposed Respondent's sealing request and the time for doing so has passed.  Local Rule 141(c).

Accordingly, for good cause shown, it is hereby ORDERED that Respondent's request for a sealing order (ECF No. 159) is GRANTED as follows:

1. The Clerk of the Court is directed to lodge under seal (1) Respondent's exhibits

1

Q, R, S, T, U, V, X and Y, totaling one hundred nine (109) pages, and (2) Respondent's proposed order granting his sealing motion consisting of one (1) page,

2. The foregoing documents and the information therein constitute confidential information which shall not be disclosed, in whole or part, to any person other than the Court and Court staff and individually named counsel for the parties for their use solely in connection with litigation of the habeas petition pending before this Court,

3. No publicly filed document shall include the above documents and/or the information therein unless authorized by the Court to be filed under seal, and

4. All provisions of this order shall continue to be binding after the conclusion of this habeas corpus proceeding and specifically shall apply in the event of a retrial of all or any portion of Petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment.

IT IS SO ORDERED.

Dated:   **December 10, 2015**

UNITED STATES MAGISTRATE JUDGE