# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN MICHAEL BEAMES, | Case No. 1:10-cv-01429-AWI-SAB |
|---|---|
| Petitioner, | **DEATH PENALTY CASE** |
| v. | ORDER GRANTING PETITIONER'S UNOPPOSED REQUEST FOR PERMISSION TO FILE MOTION IN LIMINE |
| WARDEN OF CALIFORNIA STATE PRISON AT SAN QUENTIN, | |
| Respondent. | (ECF No. 182) |

On January 14, 2016, Petitioner filed an unopposed request for permission to file a motion in limine to exclude statements and testimony of Matthew Bowers. Having considered the moving papers, the Court finds good cause exists to grant Petitioner's request.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall file the motion in limine within twenty-four hours from the date of service of this order;

2. Defendants' opposition to the motion shall be filed on or before January 22, 2016; and

///

///

///

1

3. Oral argument on all motions in limine shall be before the undersigned from 8:30 a.m. to 9:00 a.m. on February 1, 2016 in Courtroom 9.

IT IS SO ORDERED.

Dated: **January 15, 2016**

UNITED STATES MAGISTRATE JUDGE

2