UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>         Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>         Respondent. | No.  1:10-cv-01429-DAD-SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER REFERRING EVIDENTIARY HEARING TO MAGISTRATE JUDGE |

The undersigned, having considered the Local Rules and the Rules governing 28 U.S.C. § 2254 cases including Rule 8 thereof, and mindful of the court's case management needs, hereby refers the evidentiary hearing set for February 1, 2016 at 8:30 a.m. in Department 9 to U.S. Magistrate Judge Stanley A. Boone, to conduct that hearing and to file findings and recommendations for the undersigned's consideration with respect to the disposition of the issues which are the subject of that hearing.  *See* 28 U.S.C. § 636.

IT IS SO ORDERED.

Dated:  **January 29, 2016**

_____
UNITED STATES DISTRICT JUDGE

1