UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | No. 1:10-cv-01429-DAD-SAB<br><br>**DEATH PENALTY CASE**<br><br>SCHEDULING ORDER AFTER EVIDENTIARY HEARING |

    This matter came on for evidentiary hearing on claim 11 on February 1, 2016 at 8:30 a.m. before the undersigned in Department 9. The hearing continued day to day and concluded on February 3, 2016. Counsel Harry Simon and Matthew Scoble appeared for petitioner and counsel Robert Gezi and Kevin Quade appeared for respondent.

    For the reasons stated in the record, the post-hearing briefing schedule shall be as follows:

1.     Petitioner shall file his opening brief in support of his evidentiary hearing claim within sixty (60) days after receipt of the court reporter's transcript of the evidentiary hearing,

2.     Respondent shall file his response within sixty (60) days after the filed date of petitioner's opening brief, and

3.     Petitioner shall file his reply within thirty (30) days after the filed date of

1       respondent's response, whereupon the matter shall be deemed submitted.

4   IT IS SO ORDERED.

5   Dated: __**February 3, 2016**__                       _/s/ Stanley A. Boone_

                                                    UNITED STATES MAGISTRATE JUDGE