UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | No.  1:10-cv-01429-DAD-SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER DIRECTING PAYMENT OF FACT WITNESS FEES AND TRAVEL EXPENSES BY UNITED STATES MARSHAL<br><br>(Doc. No. 203) |

Before the court is the certificate of appointed counsel for petitioner, assistant federal defender Harry Simon, for the payment of witness fees pursuant to 28 U.S.C. § 1825(b)(1).

The evidentiary hearing on claim 11 was held February 1 through February 3, 2016, in Department 9 before the undersigned.  Petitioner, with the court's approval, subpoenaed two non-expert fact witnesses who appeared and testified at the hearing on February 3, 2016: Charles Rothbaum and Clifford Webb.

The United States Marshal is DIRECTED to pay fees and expenses under 28 U.S.C. § 1825(b)(1) for the appearances of Mr. Rothbaum and Mr. Webb at the evidentiary hearing.

IT IS SO ORDERED.

Dated:   **March 1, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1