UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | No. 1:10-cv-01429-DAD-SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME<br><br>(Doc. No. 209) |

　　　Before the court is a motion by respondent, through counsel Robert Gezi, to extend by thirty days the current June 4, 2016 deadline for filing a brief responsive to the court's February 4, 2016 order directing post-hearing briefing. (<u>See</u> Doc. No. 198.) Mr. Gezi states this extension of time, his first, is necessary due to his responsibilities in other matters and scheduled absences from the office.

　　　Mr. Gezi represents that counsel for petitioner, Mr. Simon, does not object to the requested extension provided the time for petitioner to file his reply brief is extended thirty days from the current August 4, 2016 deadline due to Mr. Simon's scheduled absence from the office.

　　　Accordingly, for good cause shown, it is HEREBY ORDERED that respondent's unopposed motion for first extension of time (Doc. No. 209) is GRANTED such that respondent's brief responsive to the court's February 4, 2016 order directing post-hearing briefing shall be filed not later than July 5, 2016 and petitioner's brief in reply shall be filed not later than

1

1  September 3, 2016.  Thereupon, the matter shall be deemed submitted.

3  IT IS SO ORDERED.

4  Dated:  **May 24, 2016**

UNITED STATES MAGISTRATE JUDGE