# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>        Petitioner,<br><br>   v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>        Respondent. | Case No.  1:10-cv-01429-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>(Doc. No. 211) |

Before the Court is respondent's July 1, 2016 notice of request to file under seal (i) a request to seal documents, and (ii) a post-hearing brief on claim 11.  Respondent states that the post-hearing brief should be sealed because it refers to confidential documents covered by the court's October 29, 2015 sealing order relating to a "Confidential 987 Transcript."  (*See* Doc. No. 145.)

Respondent has served petitioner with the documents proposed for sealing.  Petitioner has not opposed respondent's sealing request and the time for doing so has passed.  *See* Local Rule 141(c).

Accordingly, for good cause shown, it is hereby ORDERED that respondent's request for a sealing order (Doc. No. 211) is GRANTED as follows:

1. The Clerk of the Court is directed to file under seal respondent's (i) request to seal documents totaling two (2) pages, and (ii) post-hearing brief on claim 11 totaling

1

seventy-two (72) pages,

2. The foregoing documents and the information therein constitute confidential information which shall not be disclosed, in whole or part, to any person other than the court and court staff and individually named counsel for the parties for their use solely in connection with litigation of the habeas petition pending before this court,

3. No publicly filed document shall include the above documents and/or the information therein unless authorized by the court to be filed under seal, and

4. All provisions of this order shall continue to be binding after the conclusion of this habeas corpus proceeding and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment.

IT IS SO ORDERED.

Dated: **July 14, 2016**

UNITED STATES MAGISTRATE JUDGE