# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BEAMES,<br><br>        Petitioner,<br>   v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:10-cv-01429-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S REQUEST TO FILE DOCUMENT UNDER SEAL<br><br>(Doc. No. 219) |

Before the Court is petitioner's September 8, 2016 notice of request and request to file under seal his reply to respondent's post-hearing brief on claim 11. Petitioner states that the reply brief should be sealed because it discusses confidential information contained in respondent's sealed brief on claim 11 (*see* Doc. Nos. 213, 215) and is covered by the court's October 29, 2015 sealing order relating to a Confidential 987 Transcript (s*ee* Doc. No. 145).

Respondent has not opposed petitioner's sealing request and the time for doing so has passed. *See* Local Rule 141(c).

Accordingly, for good cause shown, it is hereby ORDERED that petitioner's request for a sealing order (Doc. No. 219) is GRANTED as follows:

1. The Clerk of the Court is directed to file under seal petitioner's reply to respondent's post-hearing brief on claim 11 totaling twenty-seven (27) pages,

1

2. The foregoing document and the information therein constitutes confidential information which shall not be disclosed, in whole or part, to any person other than the court and court staff and individually named counsel for the parties for their use solely in connection with litigation of the habeas petition pending before this court,

3. No publicly filed document shall include the above document and/or the information therein unless authorized by the court to be filed under seal, and

4. All provisions of this order shall continue to be binding after the conclusion of this habeas corpus proceeding and specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment.

IT IS SO ORDERED.

Dated:   **September 12, 2016**

UNITED STATES MAGISTRATE JUDGE